# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **JEREMY MCKENZIE, individually,** | § | |
| **and on behalf of all others similarly situated** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | MO:20-CV-061-DC |
| | § | |
| **SHARP OILFIELD SERVICES, LLC,** | § | |
| *Defendant.* | § | |

## ORDER

On this day the Court reviewed the status of the above-captioned cause. After due consideration of the parties' agreement to arbitrate this dispute and the parties' joint request to extend the stay of this case, the Court enters the following orders:

The Court **WITHDRAWS** the reference of this matter to the United States Magistrate Judge for the Midland/Odessa Division.

The Court further **ORDERS** that this case be **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or other appropriate orders.

The Court finally **ORDERS** that all pending motions be **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 30th day of November, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE